NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE DIRECTV GROUP, INC.,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2010-5031

---

Appeal from the United States Court of Federal Claims in case no. 04-CV-1414, Judge Nancy B. Firestone.

---

## ON MOTION

---

## ORDER

The United States moves without opposition for a 14-day extension of time, until September 13, 2010, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 0 2 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Alexander F. Wiles, Esq.
C. Coleman Bird, Esq.
Richard D. Bernstein, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 02 2010

JAN HORBALY
CLERK